```
 1  CHARLES S. PAINTER (SBN 89045)
    REGINALD A. DUNN (SBN 192632)
 2  ERICKSEN, ARBUTHNOT, KILDUFF,
    DAY & LINDSTROM, INC.
 3  100 Howe Avenue, Suite 110 South
    Sacramento, CA   95825-8201
 4  (916) 483-5181 Telephone
    (916) 483-7558 Facsimile
 5
    Attorneys for Defendant
 6  EAGLE MOLDING COMPANY # 1
 7
```

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY B. SMITH; VICKI SMITH | CASE NO. CIV.S-04-1245 LKK GGH |
| Plaintiffs, | STIPULATION FOR MENTAL AND PHYSICAL EXAMINATIONS OF |
| vs. | PLAINTIFF; AND ORDER THEREON |
| EAGLE MOLDING COMPANY #1 | [FRCP section 35(a)(b)] |
| Defendants. | |

IT IS HEREBY STIPULATED AS FOLLOWS:

1. Defendant, EAGLE MOLDING COMPANY, wishes to take mental and physical examinations of plaintiff, ROY SMITH, as follows:

(A) MARCH 14, 2006, at 1:30 p.m. (for 1/2 day), at 3220 Blume Drive, #151, Richmond, California, for an examination to be conducted by RICHARD A. RUBENSTEIN, M.D., who is a Board certified neurologist. The examination will be conducted for the purpose of determining the nature and extent of the injuries alleged by the plaintiff, ROY SMITH, to have been suffered in the accident of 9/18/02, and will consist of, among other things, a neurologic history, a neurologic examinations consisting of a mental status evaluation, cranial nerve assessment and evaluation of balance, gait, posture, motor strength, sensation and reflects. The cranial nerve assessment specifically involved the evaluation of eye movement, sense of smell, sensation and

hearing. The examination will not include any diagnostic test or procedure that is painful, protracted, or intrusive.

    (B)  MARCH 15, 2006, at 9:00 a.m. to 12:00 p.m. for the first session, and on MARCH 16, 2006, at beginning at 9:00 a.m. until completed for the second session, at 909 Hyde St., Ste. 425, San Francisco, California, for a comprehensive forensic psychiatric clinical examination to be conducted by STUART M. PICKEL, M.D., whose specialty is psychiatry and forensic psychiatry. The examination will be a comprehensive examination as outlined on Attachment B, conducted for the purpose of determining the nature and extent of the injuries alleged by the plaintiff, ROY SMITH, to have been suffered in the accident of 9/18/02. In addition, Dr. Pickel will have questions for Mr. Smith based on documents provided to him. The psychiatric interview may only be attended by Dr. Pickel and Roy Smith, and will be audio-taped. The examination will not include any diagnostic test or procedure that is physically painful, unnecessarily protracted, or unnecessarily intrusive.

    (C)  MARCH 13, 2006, at 1:00 p.m. (for 1/2 day) for the first session, and on MARCH 15, 2006, at 1:00 p.m. (for 1/2 day) for the second session, at 350 Parnassus Avenue, Ste. 309, San Francisco, California for an examination to be conducted by WILLIAM D. HOOKER, PhD, whose specialty is neuropsychology. The examination will be a comprehensive, neuropsychological examination conducted for the purpose of determining the nature and extent of the injuries alleged by the plaintiff, ROY SMITH, to have been suffered in the accident of 9/18/02. The core battery of tests which may be performed include, among other things, are the WAIS-III, WRAT-III Reading Sub-Test, the Trail Making tests, the Stroop Color Word Test (SCWT), the Wisconsin Card Sorting Test (WCST), the Boston Naming Test (BNT), the Controlled Oral Word Association Test (COWAT), the Hooper Visual Organization Test (HVOT), the Minnesota Multiphasic Personality Inventory-2 (MMPI-II), Halstead-Reitan Neuropsychological Test Battery, Grooved Pegboard Test (GPT), Ruff 2&7 Selective Attention Test, Wechsler Test of Adult Reading (WTAR), Rey-Osterreith Complex Figure Test (CFT), Clock Drawing, Ruff Figural Fluency Test, Booklet Category Test (BCT), Independent Living Scales (ILS), Wechsler Memory Scale-3rd

1   Revision (WMS-III), California Verbal Learning Test-2nd Revision (CVLT-II), Word Memory Test,
2   and Rorschach Psychodiagnostic Test, Exner Scoring.  A background history will also be taken.
3   The examination will not include any diagnostic test or procedure that is painful, protracted, or
4   intrusive.

5          (D)   MARCH 10, 2006, at 10:00 a.m., at 83 Scripps Drive, Ste. 310, Sacramento,
6   California for a physical examination to be conducted by LAURA ANDERSON, M.D., whose
7   specialty is neurosurgery.  This examination will be conducted for the purpose of determining the
8   nature and extent of the injuries alleged by the plaintiff, ROY SMITH, to have been suffered in the
9   accident of 9/18/02, and will consist of a physical examination of plaintiff.   Dr. Anderson will be
10  allowed to obtain a verbal history from plaintiff which will include, in general, the following:

11            a)   His current complaints;
12            b)   His past complaints;
13            c)   The evolution of his complaints;
14            d)   Any additional contributing illnesses or injuries;
15            e)   The sequence of his medical treatment.
16            f)   Dr. Anderson will conduct a non-invasive neurological/physical
17  examination of plaintiff which will focus on his head, neck, back, shoulders, upper
18  extremities (e.g. arms and hands), and lower extremities (e.g. legs and feet and any
19  other areas of the plaintiff's body alleged to have been injured in the accident.)

20         (E)   MARCH 17, 2006, at 9:30 a.m., at 2801 K Street #410, Sacramento, CA.
21  95816, for physical examination to be conducted by STEPHEN MANN, M.D. Any cancellation of
22  this appointment requires three business days' notice direct to Dr. Mann's office or a cancellation
23  fee of $1,000 will be incurred.

24     Dr. Mann  will be allowed to conduct a physical examination of plaintiff.   Dr. Mann will
25  be allowed to obtain a verbal history from plaintiff which will include, in general, the following:

26            a)   A brief explanation of how the accident of September 18, 2002
27              occurred;

28

        b)    His current complaints;

        c)    His past complaints;

        d)    The evolution of his complaints;

        e)    Any additional contributing illnesses or injuries;

        f)    The sequence of his medical treatment.

Dr. Mann will be allowed to conduct a non-invasive neurological and physical examination of plaintiff which will focus on his head, neck, back, shoulders, upper extremities (e.g. arms and hands), and lower extremities (e.g. legs and feet).

2. Pursuant to FRCP section 35(b) plaintiffs and their attorney of record request a copy of the detailed reports of the above examiners of their examinations including results of all tests made, diagnoses and conclusions.

IT IS SO STIPULATED:

DATED:   February 7, 2006

ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

s/Charles S. Painter

By: _____
CHARLES S. PAINTER
Attorney for Defendant
EAGLE MOLDING COMPANY# 1

DATED:   February 3, 2006

LAW OFFICES OF ANTHONY J POIDMORE

s/Anthony J. Poidmore

By: _____
ANTHONY J. POIDMORE
Attorney for Plaintiffs ROY B. SMITH and VICKI SMITH

//
//
//
//

## **ORDER**

IT IS SO ORDERED.

DATED: 2/8/06                                              /s/ Gregory G. Hollows
                                                          _____
                                                          JUDGE OF THE COURT

smith1245