```
 1  CHARLES S. PAINTER (SBN 89045)
    REGINALD A. DUNN (SBN 192632)
 2  ERICKSEN, ARBUTHNOT, KILDUFF,
    DAY & LINDSTROM, INC.
 3  100 Howe Avenue, Suite 110 South
    Sacramento, CA   95825-8201
 4  (916) 483-5181 Telephone
    (916) 483-7558 Facsimile
 5
    Attorneys for Defendant
 6  EAGLE MOLDING COMPANY # 1
 7
 8                  UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  ROY B. SMITH; VICKI SMITH    )  CASE NO. CIV.S-04-1245 LKK GGH
                                 )
13          Plaintiffs,          )  SUBSTITUTION OF ATTORNEY
                                 )  AND ORDER THEREON
14  vs.                          )
                                 )
15  EAGLE MOLDING COMPANY #1     )
                                 )
16          Defendants.          )
                                 )
17  ─────────────────────────────
18       Defendant, EAGLE MOULDING COMPANY #1, makes the following substitution of
19  attorney:
20    Former Legal Representation:   CHARLES S. PAINTER (SBN 89045)
                                     REGINALD A. DUNN (SBN 192632)
21                                   ERICKSEN, ARBUTHNOT, KILDUFF,
                                     DAY & LINDSTROM, INC.
22                                   100 Howe Avenue, Suite 110 South
                                     Sacramento, CA   95825-8201
23                                   (916) 483-5181 Telephone
                                     (916) 483-7558 Facsimile
24                                   cpainter@eakdl.com
25
26
27
28
    SUBSTITUTION OF ATTORNEY AND ORDER THEREON        -1-
    04-110/PLEADING.066
    CSP:ep
```

| | |
|---|---|
| New Legal Representation: | Kevin Dean Smith  SBN113633<br>Wood, Smith, Henning & Berman, LLP<br>505 N. Brand Boulevard, Suite 1100<br>Glendale, CA 91203-3804<br>Telephone  818 551 6000<br>Facsimile   818 551 6050<br>kds@wshblaw.com |

I consent to this substitution.

DATED: August 21, 2006                     EAGLE MOULDING COMPANY #1

**s/ Kevin McCool by authorization on 8/18/06**

By: _____
            KEVIN McCOOL

I consent to this substitution.

DATED:  August 21, 2006

ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.

**s/ Charles S. Painter**

By: _____
      CHARLES S. PAINTER
      Attorney for Defendant
      EAGLE MOLDING COMPANY# 1

I consent to this substitution.

DATED:  August 21, 2006

WOOD, SMITH, HENNING & BERMAN, LLP

**s/ Kevin D. Smith by authorization 8/18/06**

By: _____
            KEVIN D. SMITH

### ORDER

IT IS SO ORDERED.

DATED: August 29, 2006

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SUBSTITUTION OF ATTORNEY AND ORDER THEREON                     -2-
04-110/PLEADING.066
CSP:ep